**Dismissed and Memorandum Opinion filed January 11, 2024**



**In The**

# Fourteenth Court of Appeals

**NO. 14-23-00844-CV**

**NICHOLE ALEXIS ROTKO, Appellant**

**V.**

**PAUL JOHN ROTKO, Appellee**

**On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2022-40027**

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 9, 2023. The notice of appeal was filed November 6, 2023. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On December 17, 2023, this court ordered appellant to pay the appellate filing fee on or before December 18, 2023 or the appeal would be dismissed.

Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.